IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NNAEMEKA ONYEDEBELU, | § | CASE NO. 22-41492 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY
LOCATED AT 2840 KELLER SPRINGS ROAD, CARROLLTON, TEXAS, SUITES
601 AND 602 FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

On this day came on for consideration the Motion for Authority to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances Located at 2840 Keller Springs Road, Carrollton, Texas, Suites 601 and 602 ("*Motion*") filed by Christopher J. Moser, Trustee ("*Trustee*"). The Court finds that the Motion contained the appropriate twenty-one (21)-day negative notice language, pursuant to Local Bankruptcy Rule 9007, which directed creditors and parties in interest to file a written objection to the Motion within twenty-one days or the Motion would be deemed by the Court to be unopposed. Due to the failure of any creditor or any party interest to file a timely written response to the Motion, the Court deems the Motion to be unopposed. Therefore, the Court grants the Motion on the terms set forth below. **IT IS THEREFORE,**

**ORDERED** that pursuant to the provisions of 11 U.S.C. §363(f) the Trustee is authorized to sell the real property and improvements located at 2840 Keller Springs Road, Carrollton, Texas, Suites 601 and 602 (the "*Property*") to Greenwood Advisory Partners, LLC (**"*Buyer*"**) for the amount of $430,000.00 free and clear of all liens, claims and encumbrances, other than the ad valorem tax liens for tax year 2023. All liens shall attach to the sale proceeds in the same order of priority that such liens have on the Property. Notwithstanding anything herein to the contrary, the liens securing payment of the 2023 ad valorem property taxes shall remain attached to the property

to secure payment of all ad valorem property taxes assessed on the property for tax year 2023 and any penalties and interest that may accrue thereon. **IT IS FURTHER,**

**ORDERED** that the liens of Dawg Town, Inc. ("***Dawg Town***") and KSOP Owners Association, Inc. (the "***Owners Association***") shall be paid in full at closing. **IT IS FURTHER,**

**ORDERED** that in the event that the Buyer does not close the sale of the Property within fourteen (14) days of the entry of this Order, then the Trustee is authorized, in his discretion, to sell the Property to any third party who pays at least $430,000.00, or more, to purchase the Property on similar terms to those set forth in the Motion. **IT IS FURTHER,**

**ORDERED** that at closing the Trustee is authorized to pay the ad valorem taxes, as set forth above, the lien claims of Dawg Town, Inc. and KSOP Owners Association, Inc., normal closing costs, including a title policy, escrow fees, ad valorem tax certificates and a realtor's commission of 6%. **IT IS FURTHER,**

**ORDERED** that save and except for the ad valorem tax liens for tax year 2023, the sale of the Property shall be "as is, where is," without any representations or warranties concerning condition, use or suitability of the Property. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to do any and all things necessary to consummate the sale of the Property. **IT IS FURTHER,**

**ORDERED** that at closing the title company shall pay Nnaemeka Onyedebelu ("***Debtor***") the amount of $14,664.00 in satisfaction of any claim of exemption to the Property or its proceeds. **IT IS FURTHER,**

**ORDERED** that the fourteen (14) day stay provided under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply and the Trustee may close the sale of the Property immediately upon entry of this Order.

Signed on 02/21/2023

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE